Kathleen Ries
04537 Chambered E
Boyne City, Michigan 49712
January 19, 2010

FILED
2010 FEB -1 AM 9:46
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.

Honorable Scott W. Dales　　　　　　　　　　Case #: 09-10374-swd
United States Bankruptcy Court　　　　　　　Chapter 7　09-80509
Western District of Michigan
One Division Ave. N
Room 200
Grand Rapids, Mi 49503

Judge Dales,

On 12/19/2009, I was served with a COMPLAINT OBJECTING TO DISCHARGE OF DEBTORS OBLIGATION TO DAVID GALLOWAY.

I am responding to the complaint in my own person. I am not a lawyer and cannot afford one. Mr. Beck, who represented me in the Bankruptcy, advised me that I would need to hire another lawyer to represent me in this complaint. I do not have the means or resources to hire another Attorney, which is the precise reason that I filed for Chapter 7 Bankruptcy. I know that it is not your matter, but I was not properly represented in the consent judgment as ordered by Judge David A. Hoort on December 9th, 2008. That is another matter.

The fact of the matter is that I have used all of my resources to defend myself in the first law suit. I paid Mr. Galloway $5,000.00(the sum that he settled with the disputing land owner.) including my own legal fees that have amounted to more than $4000.00.(Attorneys Tissue, Beck) In December of 2008 I was diagnosed with Cancer and spent the next 6 months, following two surgeries and several months of Radiation treatments trying to survive. I am currently on disability due to surgery I had at Northern Michigan Hospital on Jan. 15$^{th\ 2010}$. I will be on a reduced salary and rehabilitation for 4-6 weeks.

I was not able to properly defend myself in the original law suit filed by Galloway due to the fact I did not have the money to retain a lawyer that specializes in real estate issues. In fact I did consult a firm in Grand Rapids that specializes in real estate matters and was quoted well over $25,000 to represent me. I paid them a substantial consultation fee and hired a local attorney that I could afford. I agreed to the payment arrangement with Mr. Galloway because I could not continue to defend myself by having a trail. I never admitted to guilt. I felt I sold the house with all of the surveys in order (had two surveys done on the property in question) and accepted by the Galloway's when they purchased the home.

Honorable Scott W. Dales
January 19, 2010
Page 2


I have used all my savings, and most of my small retirement account to defend myself. You are welcome to audit my estate or what little there is. I was planning on retiring this year. That thought is nothing more than a dream at this stage of my life

 Please advise me as to how to proceed from here.

Kathleen M Ries
*Kathleen M. Ries*
Enclosures